UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
VS.
William Doris

CASE/CITATION NO. 2:13MJ206-AC

**ORDER TO PAY**

FILED
FEB 0 3 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

SOCIAL SECURITY #: ~~_____~~
DATE OF BIRTH: ~~_____~~
DRIVER'S LICENSE #: ~~_____~~
ADDRESS: ~~_____~~
~~_____~~
CITY          STATE        ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.

DATE: X 2-3-14                X William Doris
                              DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY/COMPLY THE FOLLOWING:**

( ) Fine: $_____ and a penalty assessment of $ 10.00 for a TOTAL AMOUNT OF: $_____ within _____ days/months; or payments of $ _____ per month, commencing _____ and due on the _____ of each month until paid in full.
( ) Restitution: _____
( ) Community Service _____ with fees not to exceed $ _____
    completed by _____

**PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):**

**CENTRAL VIOLATIONS BUREAU**      **CLERK, USDC**                **CLERK, USDC**
**PO BOX 70939**                   **2500 TULARE ST., RM. 1501**  **501 I STREET, STE. 4-200**
**CHARLOTTE, NC 28272-0939**       **FRESNO, CA 93721-1322**      **SACRAMENTO, CA 95814-2322**

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: _____               /s/ Allison Claire
                               U.S. MAGISTRATE JUDGE

Clerk's Office

FPI-PET                                                                            EDCA-3